THE PEOPLE EX REL. ELIZABETH STINTON V. THE CIRCUIT JUDGE FOR KENT COUNTY.

*Execution Sale set aside after Period of Redemption.*

Mandamus to vacate an order setting aside an execution sale after the time for redemption had expired, denied in the discretion of the court.

MANDAMUS to vacate an order of the court below setting aside an execution sale on motion and without costs, after the period of redemption had expired and a sheriff's deed had been delivered to the relator. The execution was upon a judgment for costs against a plaintiff in ejectment who had submitted to non-suit. Submitted June 19. Decided October 9.

*Hoyt Post* for the writ.

*Severens, Boudeman & Turner* against.

PER CURIAM. In this case we are inclined as a matter of discretion to deny the writ of mandamus which is prayed. In doing so we express no opinion of the propriety of the court below proceeding to set aside the sale on motion, and award no costs.